UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,        )
         )
        Plaintiff,        )
         )
        v.        )        No. 1:16-cr-00142-RLY-TAB
         )
MICHAEL T. MOREFIELD,        )  -01
         )
        Defendant.        )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation on USPO Petition

for Action on Conditions of Supervised Release.   The parties were afforded due

opportunity pursuant to statute and the rules of this court to file objection; none were filed.

The court, having considered the Magistrate Judge's Report and Recommendation, hereby

ADOPTS the Magistrate Judge's Report and Recommendation.

**SO ORDERED** this 28th day of November 2018.


RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record